_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
November 09, 2023

_____

**MICHAEL J. HARKER, ESQ.**
Nevada Bar No. 005353
2901 EL Camino Ave., #200
Las Vegas, Nevada 89102
Mharker@harkerlawfirm.com
(702) 248-3000
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Chapter 13 Proceedings |
|---|---|
| DONALD SCOTT HERMAN, | CASE NO: 23-14385-mkn |
| Debtor. | Hearing Date: November 1, 2023<br>Hearing Time: 2:30 p.m. |

### ORDER EXTENDING AUTOMATIC STAY

The Debtor DONALD SCOTT HERMAN, by and through his attorney of record, Michael J. Harker, Esq., and having submitted the Motion to Extend the Automatic Stay, no Opposition having been filed for good cause appearing:

/ / /

1

herman.bk.stay.ordr11.23.mw.wpd

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Court finds clear and convincing evidence that the underlying case has been brought in good faith and therefore, Orders that the automatic stay be extended as to all creditors.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that the Automatic Stay shall stay in full force and effect until otherwise Ordered by this Court.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that no additional relief is granted.

IT IS SO ORDERED.

DATED this 7th day of November, 2023.

Submitted By:

/s/ Michael J. Harker
MICHAEL J. HARKER, ESQ.
2901 El Camino Ave., #200
Las Vegas, NV 89102
(702) 248-3000
Attorney for Debtor

2

herman.bk.stay.ordr11.23.mw.wpd

LR 9021©:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the courts ruling and that (check one):

___     The Court has waived the requirements set forth in LR 9021(b)(1).

_X_     No party appeared at the hearing or filed an objection to the motion.

__     I have delivered a copy of this proposed order to all counsel who have appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party whether the party has approved, disapproved, or failed to respond to the document):

Counsel appearing: None
Unrepresented parties appearing: None

_X_     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted By:

/s/ Michael J. Harker, Esq.
MICHAEL J. HARKER, ESQ.
Attorney for Debtor

# # #

3     herman.bk.stay.ordr11.23.mw.wpd