KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
711 S 4th Street, Suite 101
Las Vegas, NV 89101
kal13mail@las13.com
Tel: (702) 853-0700
Fax: (702) 853-0713

E-FILED

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:
DONALD SCOTT HERMAN

Debtor(s)

Case No:-23-14385-MKN

CHAPTER 13

Hearing Date:   January 11, 2024
Hearing Time:   1:30 pm

LAW OFFICE OF MICHAEL J HARKER
Attorney for the Debtor

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN
#1 COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

Comes now KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy Trustee, in the above captioned bankruptcy case and hereby alleges as follows:

### Statement of Facts

The Debtor(s) filed for Chapter 13 relief on 10/05/2023.  The Section 341(a) Meeting of Creditors held on December 19, 2023 at 11:00 am was concluded .

### Argument

The Trustee objects to confirmation of the Chapter 13 Plan and recommends that this case be dismissed pursuant to 11 U.S.C. §1307(c) for one or more of the following reasons:

- Debtor(s) is/are delinquent in plan payments.  11 U.S.C. §1307(c)(1)
- Plan is not feasible as required by 11 U.S.C. §1322 based on:  Internal Revenue Service
- Trustee objects to the exemptions claimed as the exemptions are not allowed under the specified section or the amounts specified exceed the allowable exemption, specifically: Nev. Rev. Stat. sec. 21.090(1)(l), 115.005, 115.010, 115.050 as the property is not owned by the Debtor and Debtor is not entitled to assert this exemption

- Trustee objects to the conduit payments starting in May 2023 as an impermissible modification. 11 USC 1322(b)(2).

Debtor(s) failed to cooperate with the Trustee as necessary to enable the Trustee to perform her duties pursuant to 11 U.S.C. §521(a)(3), §704 and/or §1302.  This failure to cooperate has caused unreasonable delay that is prejudicial to creditors under 11 U.S.C. §1307(c)(1) as the Debtor(s) did not provide the following documents[1] and/or amendments:

- Bank Statement(s) for the following period(s): US Bank Checking #4761: 7/5/23 - 10/5/23.
- Verification of Contribution from son of $650, and payment to non-filing spouse $1,000..
- Amendment to Summary of Schedules:  Include all asset and liability totals .

**Conclusion**

WHEREFORE, for the foregoing reasons, the Trustee objects to confirmation and recommends that this case be dismissed pursuant to 11 U.S.C. §1307(c).

Dated:  12/26/23                                            /s/ Kathleen A. Leavitt
                                                            Kathleen A. Leavitt
                                                            Chapter 13 Trustee

---

[1] The Trustee requests that all documents be submitted in a redacted form.  Please reference F.R.B.P. 9037 for guidance on the information that should be redacted.

KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
711 S 4Th Street
Suite 101
Las Vegas, NV  89101

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | CASE NO: BKS-23-14385-MKN |
| DONALD SCOTT HERMAN | Chapter 13 |
| Debtor (s) | |

**CERTIFICATE OF SERVICE**

1. On December 26, 2023, I served the following document(s):

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN #1 COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

2. I served the above-named documents(s) by the following means to the persons as listed below:

**United States mail, postage fully prepaid**

DONALD SCOTT HERMAN
10530 EAGLE NEST STREET
LAS VEGAS, NV  89141

LAW OFFICE OF MICHAEL J HARKER
2901 EL CAMINO AVE
SUITE 200
LAS VEGAS, NV  89102

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: 12/26/23

/s/ Esther Carr
Employee of
Kathleen A. Leavitt
Chapter 13 Standing Trustee