| | |
|---|---|
| KATHLEEN A. LEAVITT<br>CHAPTER 13 STANDING TRUSTEE<br>711 S 4th Street<br>Suite 101<br>Las Vegas, NV  89101<br>(702) 853-0700<br>(702) 853-0713 | Electronically filed |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>DONALD SCOTT HERMAN<br><br><br><br><br><br>Debtor(s). | CASE NO: 23-14385-MKN<br>Chapter 13<br><br>**NOTICE OF ENTRY OF ORDER ON CONDITIONAL ORDER RE: CONFIRMATION OF DEBTORS PROPOSED CHAPTER 13 PLAN**<br><br>Date: March 21, 2024<br>Time: 1:30 pm |

PLEASE TAKE NOTICE that the **Order re: Conditional Order Re: Confirmation of Debtors Proposed Chapter 13 Plan** was entered on the Court's docket 3/27/2024 as Docket No 46.

Dated: 4/3/2024                              /s/ Kathleen A. Leavitt
                                             Kathleen A. Leavitt
                                             Chapter 13 Bankruptcy Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee; that I am over the age of 18 years; than on 4/3/24, a copy of the foregoing Notice of Entry of Order together with a copy of said Order was served as specified below:

1. **Electronic Service through Court's ECF System:**

    Pursuant to Local Rules 2002 and 5005 the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

2. **United States Postal Service, postage fully prepaid:**

**Debtor(s):**

DONALD SCOTT HERMAN
10530 EAGLE NEST STREET
LAS VEGAS, NV  89141

**Request(s) for Special Notice Parties not noticed through the Court's ECF Sytstem:**

GREENBERG TRAURIG LLP
10845 GRIFFITH PEAK DRIVE SUITE 600
LAS VEGAS, NV  89135

**Mailing Matrix:**

LAW OFFICE OF MICHAEL J HARKER
2901 EL CAMINO AVE
SUITE 200
LAS VEGAS, NV  89102

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Esther Carr
ESTHER CARR, Noticing Clerk and
Employee of Kathleen A. Leavitt
Chapter 13 Bankruptcy Trustee