_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 22, 2024

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
711 South 4th Street, Suite 101
Las Vegas, Nevada  89101
(702) 853-0700
kal13mail@las13.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | ) | Case No. 23-14385-MKN |
|---|---|---|
| | ) | Chapter 13 |
| DONALD SCOTT HERMAN, | ) | |
| | ) | **ORDER DISMISSING CASE** |
| | ) | |
| Debtor(s). | ) | Hearing Date:   April 17, 2024 |
| | ) | Hearing Time:   2:30 p.m. |

    The Debtor(s)' Chapter 13 Plan having been filed and come on for a confirmation hearing on the date and time above-captioned; Debtor(s) being represented by Michael J. Harker, Esq. and Trustee being represented by counsel at the hearing; the Trustee having filed an Opposition, the Court having entered a Conditional Order and an extension of the Conditional Order and the Court having considered the arguments of counsel on the record, now therefore for good cause appearing;

    **IT IS HEREBY ORDERED** that the above-captioned bankruptcy case is **DISMISSED** pursuant

to 11 U.S.C. §1307(c)(1) for failure to comply with the Conditional Order entered as Docket No. 38 and modified by Docket No. 46.

**IT IS SO ORDERED.**

Submitted by:

/s/   Danielle N. Gueck-Townsend
DANIELLE N. GUECK-TOWNSEND, ESQ.
Nevada Bar No. 12164
711 South 4th Street, Suite 101
Las Vegas, Nevada  89101
Attorney for Kathleen A. Leavitt,
Chapter 13 Bankruptcy Trustee
Dated:           4/18/2023

**LR 9021 CERTIFICATION**:

In accordance with LR 9021, attorney submitting this document certifies:

  x    The court has waived the requirement set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

 ___  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disproved the order, or failed to respond, as indicated below:

                                      Approved:         _____
                                      Disapproved:     _____
                                      Failed to Respond: _____

____  I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

2

###